BONNIE CHAVEZ (S.B.N. 198124)
bchavez@sag.org
COUNSEL
SCREEN ACTORS GUILD, INC.
5757 Wilshire Blvd., 8th Floor
Los Angeles, CA 90036-3600
Telephone: (323) 549-6623
Facsimile: (323) 549-6624

Attorney for Petitioner
Screen Actors Guild, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>　　　　　Petitioner,<br>v.<br>TEQUILA EXPRESS PRODUCTIONS, INC.,<br>　　　　　Respondent. | Case No.: CV09-2763 RGK (JWJx)<br><br>[PROPOSED] ~~ORDER~~ Judgment<br><br>DATE: July 13, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: Roybal, 850<br>JUDGE: Hon. R. Gary Klausner |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　Based upon the regularly noticed motion of Petitioner Screen Actors Guild, Inc. ("SAG"), filed June 12, 2009, the Court hereby GRANTS the Motion for Reconsideration and VACATES the Court's June 3, 2009 Order denying Petitioner's Motion to Confirm Arbitration Award without prejudice.

　　　Having considered the pleadings and arguments submitted Pursuant to Local Rule 7-18:

///

///

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this proceeding as follows:

1. The arbitration award in SAG Case No. 2002-0265, dated April 22, 2005, and executed by Arbitrator Sol Rosenthal is confirmed in all respects.

2. PRODUCER (TEQUILA EXPRESS PRODUCTIONS, INC.) is ordered to pay as follows:

    (a) To SAG on behalf of affected performers, the sum of $10,010.20, plus any associated employer side taxes, and payroll costs, (to the extent applicable) and related late payment liquidated damages;

    (b) To SAG as and for SAG's attorney's fees incurred in this action, the sum of $1,200.00; and

    (c) To SAG as and for SAG's costs ~~incurred in this action, the sum of $3,850.00~~ *to be determined by application to the Clerk of the Court.*

3. SAG is hereby granted an irrevocable assignment of any monies received or to be received by Respondent from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as *"Tequila Express"* *until full payment of amounts stated above are paid.*

Dated: 7/29/09

                                                                 Judge of the
                                                                U.S. District Court